**1**

**Hans GAUSTAD et al., Appellants, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. December 14, 1926.)

No. 7441.

Appeal from the District Court of the United States for the District of Minnesota.

Alexander Fosmark, of Crookston, Minn., for appellants.

Lafayette French, Jr., U. S. Atty., of St. Paul, Minn.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

**2**

**Albert A. GINZBURG, as Trustee, etc., Plaintiff Appellee, v. LEO ELWYN & CO., Inc., Defendant Appellant.**

(Circuit Court of Appeals, Second Circuit. February 7, 1927.)

No. 167.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from final decree in equity entered in the District Court for the Southern District of New York.

Henry L. Sherman, Goodman Block, and Lionel S. Popkin, all of New York City, for appellant.

November & Jaffe, of New York City (Joseph B. Kaufman, of New York City, of counsel), for respondent.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

**3**

**Jacob GRODZINS, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. December 6, 1926.)

No. 7670.

In Error to the District Court of the United States for the Western District of Missouri.

Jacob Grodzins, pro se.

Roscoe C. Patterson, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

**4**

**Clement GUNN, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. December 22, 1926.)

No. 7337.

In Error to the District Court of the United States for the Eastern District of Missouri.

Vance J. Higgs and James E. Carroll, both of St. Louis, Mo., for plaintiff in error.

C. J. Stattler, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error.

---

**5**

**Gypsum Packet Company, Limited, Owner of the Barge Canada, Libelant Appellee, v. Tug C. P. RAYMOND, Her Engines, Boilers, etc.; W. Freeland Dalzell, Claimant Appellant.**

(Circuit Court of Appeals, Second Circuit. March 7, 1927.)

No. 224.

Appeal from the District Court of the United States for the Southern District of New York.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and Norman M. Barron, both of New York City, of counsel), for steam tug C. P. Raymond.

Barry, Wainwright, Thacher & Symmers, of New York City (Earle Farwell, of New York City, of counsel), for libelant-appellee.

Before MANTON, HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.